Case 05-90494   Filed 04/26/16   Doc 74

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA



FILED
APR 26 2016
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: Tracy C. Vanciel )
) Case No. 05-90494
)
)
)
)
Debtor(s). )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of **Jeffrey Falbo of Segment Returns, LLC**, seeking payment of funds previously unclaimed by **Wamco 32** (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that **FH Partners LLC successor by merger to Wamco 32** is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ **$4,033.03** from the Unclaimed Funds to:

FH Partners LLC
C/O Segment Returns LLC
P.O. Box 40054
Arlington, VA 22204

DATED: April 27, 2016

_____
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)